UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:10-CV-00029-RLV-DCK

| | |
|---|---|
| MATT JENKINS,<br><br>        Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT, INC., f/k/a ACADEMY COLLECTION SERVICE, INC.,<br><br>        Defendant. | STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

NOW COME Plaintiff and Defendant, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby stipulate that this action is dismissed with prejudice. Each party shall bear their own costs and expenses, with the exception of the mediator's fee, which will be paid by Defendant.

This the 12TH day of April, 2011.

_/s/ Matt Jenkins_
Matt Jenkins
116 Milbros Lane
Mooresville, NC 28117
*Plaintiff Pro Se*

_/s/ Amy L. Rich_
Amy L. Rich
DOUGHTON & HART PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
Email: arich@DoughtonHartLaw.com
*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed via U.S. First Class Mail the document to the following non CM/ECF participants:

Matt Jenkins
116 Milbros Lane
Mooresville, NC 28117

This the 12TH day of April, 2011.

*Amy L. Rich*
Amy L. Rich
State Bar No. 35176
arich@doughtonhartlaw.com
*Attorney for Defendant*
DOUGHTON & HART PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129